BRASWELL *v.* THE STATE.

FISH, P. J.　Where upon the trial of a minor, between sixteen and twenty-one years of age, for vagrancy, there was no evidence that her parents were unable to support her, a conviction was unwarranted, and a new trial should have been granted upon the ground that the verdict was without evidence to support it.　　　　　　*Judgment reversed.　All the Justices concur.*

Submitted November 16, — Decided November 28, 1903.

Accusation of vagrancy.　Before Judge Hodges.　City court of Macon.　October 17, 1903.

*John R. Cooper* and *Guyton Parks,* for plaintiff in error.
*William Brunson, solicitor-general,* contra.